**Entered on Docket**
**May 31, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: May 30, 2012**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CECILY TAYLOR, fka Cecily Michele Bruno,<br><br>Debtor. | Bankruptcy Case No. 08-30571DM<br><br>Chapter 7 |
| SIONE BRITES; LUCIVANIA NUNES; DARLENE QUIEROZ; PAULO LOPES,<br><br>Plaintiffs,<br><br>v.<br><br>CECILY TAYLOR,<br><br>Defendant. | Adversary Proceeding No. 08-3074DM |

MEMORANDUM DECISION

The court conducted a prove-up hearing on January 31, 2012. At the conclusion of the hearing the court directed counsel for plaintiff Lucivania Nunes ("Nunes") to provide additional information concerning the term of the promissory note signed by Nunes at the urging of defendant Cecily Taylor ("Taylor"). Counsel was directed to up-load a form of judgment at the same time, after which the matter was to be deemed submitted.

On March 26, 2012, counsel filed a supplemental brief and his own declaration. Unfortunately he did not provide chamber's

copies to the court so the matter remained on the electronic docket until discovered by the court days ago. Counsel also did not up-load a proposed form of judgment as he had been directed.

Having reviewed the March 26, 2012 filings, the court is satisfied that Taylor failed to disclose material facts, namely the two year balloon due date of the note signed by Nunes. The materiality of that non-disclosure coupled with all of the other elements as stated on the record at the conclusion of the hearing on March 31, 2012, constitute a factual basis on which to conclude that Taylor is indebted to Nunes in an amount that is non-dischageable under 11 U.S.C. § 523(a)(2) as set forth below. Accordingly, Nunes is entitled to a judgment of non-dischageability.

The court calculates the damages as follows:

| | |
|---|---|
| Amounts Paid By Nunes On The note | $69,212.88 |
| less Fair Market Value Of The Property | - $35,908.88 |
| Deposit and Closing Costs | $11,331.19 |
| Real Estate Taxes Paid | $ 5,520.52 |
| Insurance Paid | $ 869.39 |
| less Set-Off From Settlement In State Court | -$ 5,000.00 |
| TOTAL | $46,025.10 |

Nunes was invited to provide specific proof to justify her claim for general or punitive damages. No such proof was offered, and therefore she is not entitled to any additional damages.

Counsel for Nunes should up-load (and serve upon Taylor) a proposed form of judgment in the amount of $46,025.10, which amount is non-dischargeable under 11 U.S.C. § 523(a)(2). The proposed judgment should be served on Taylor at her last known



Case: 08-03074 Doc# 58 Filed: 05/30/12 Entered: 05/31/12 14:03:40 Page 2 of 4

address.

**END OF MEMORANDUM DECISION**



Case: 08-03074 Doc# 58 Filed: 05/30/12 Entered: 05/31/12 14:03:40 Page 3 of 4

COURT SERVICE LIST

Cecily Taylor
519 Fa Rallon Ave.
Pacifica, CA 94044



Case: 08-03074 Doc# 58 Filed: 05/30/12 Entered: 05/31/12 14:03:40 Page 4 of 4